**Willie Derod BEALE, Petitioner–Appellant,**

v.

**Justin ANDREWS, Warden, Respondent–Appellee.**

**No. 15-7937**

United States Court of Appeals, Fourth Circuit.

Submitted: August 26, 2016

Decided: October 18, 2016

Willie Derod Beale, Appellant Pro Se. Kristine L. Fritz, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Derod Beale, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Beale v. Andrews, No. 5:14–hc–02064–FL, 2015 WL 4066565 (E.D.N.C. July 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED